**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Nelson PAZ–ALVARENGA,**
**Defendant–Appellant.**

**No. 06–16288**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 16, 2007.

Chet Kaufman, Randolph P. Murrell, Federal Public Defender, Tallahassee, FL, Thomas S. Keith, Federal Public Defender's Office, Pensacola, FL, for Defendant–Appellant.

E. Bryan Wilson, Tallahassee, FL, for Plaintiff–Appellee.

Before TJOFLAT, BIRCH and BARKETT, Circuit Judges.

PER CURIAM:

Chet Kaufman, the Assistant Federal Public Defender representing Nelson Paz–Alvarenga in his direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Paz–Alvaren-

ga's conviction and sentence are **AF-FIRMED.**